Certificate Number: 15317-OHS-DE-026843523

Bankruptcy Case Number: 16-30140



15317-OHS-DE-026843523

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 24, 2016, at 11:00 o'clock AM PST, Robert Forth completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Ohio.

Date: January 24, 2016

By: /s/Mayshiel Dacanay

Name: Mayshiel Dacanay

Title: Certified Counselor